**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

UNITED STATES OF AMERICA

v.  No.: 3:13-cr-0138-MPM

DEVARIES TERRELL SMITH

**ORDER**

In accordance with the memorandum opinion issued today in this cause, the Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 is **DISMISSED** without prejudice.

**SO ORDERED**, this the 13th of April, 2018.

/s/ MICHAEL P. MILLS
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**